UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

KELA R. RIOS

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:05-CR-96 (GHL)

Lionel Hector, Esq. (Appointed)
Attorney for Defendant

SEP 3 0 2005

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count(s) One

**THERE WAS A:**
__ finding __ verdict] of guilty as to count(s)_____.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Theft of Government Property, in violation of Title 18, United States Code, Section 641.

**DATE OFFENSE CONCLUDED:** October 19, 2004.

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $1,616.44, a $25.00 special assessment, and restitution in the amount of $808.22. The Court acknowledges that this fine, special assessment and restitution have been paid in full.

May 11, 2005
Date of Imposition of Sentence

September 30, 2005
DATE SIGNED

GEORGE H. LOWE
U.S. Magistrate Judge